UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

MAR 3 1 2016

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

CARDINAL HEALTH 200, LLC,
f/k/a Cardinal Health 200, Inc.,
a Delaware limited liability company,

           Plaintiff,

v.

PHOENIX MEDICAL GROUP, P.C.,
a Michigan professional service corporation,

           Defendant.

Case No. 15-13355
Hon. John Corbett O'Meara

| WARNER NORCROSS & JUDD LLP | PHOENIX MEDICAL GROUP, P.C. |
|---|---|
| Dennis W. Loughlin  (P57084) | *Pro Se Defendant* |
| Courtney A. Williams (P79060) | 19785 W. 12 Mile Road |
| Attorneys for Plaintiff | Ste. 204 |
| 2000 Town Center, Suite 2700 | Southfield, MI 48076 |
| Southfield, MI  48075 | |
| Telephone: 248-784- 5186 | |
| Fax: 248-603-9786 | |
| e-Mail: dloughlin@wnj.com | |

## DEFAULT JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Entry of a Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2); the Court having reviewed the submissions; and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that a Default Judgment in favor of Plaintiff and against Defendant Phoenix Medical Group, P.C. in the amount of $132,005.90, plus $10,201.96 representing service charges accruing at the contractual rate of 1.5% per month from September

1, 2015 through the date of judgment, plus pre-judgment attorneys' fees, court costs, and legal expenses to date in the amount of $6,587.00, for a total of $148,794.86.

IT IS HEREBY FURTHER ORDERED that interest shall continue to accrue on the Default Judgment at the maximum extent allowed by law until the Default Judgment is paid in full.

IT IS HEREBY FURTHER ORDERED that Plaintiff shall collect continuing costs, including attorneys' fees and legal expenses, to date totaling $6,587.00, incurred in collecting on the Default Judgment until the Default Judgment is paid in full, as well as all other relief deemed just by this Court.

SO ORDERED:

Dated: March 31, 2016

Hon. John Corbett O'Meara
United States District Court Judge